UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.

                                      Case No. 23-30462
                                      Originating No. 22CR11

**ADDONIS MOORE,**

        Defendant.

_____/

GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ADDONIS MOORE** to answer charges pending in another federal district, and states:

1. On November 21, 2023, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Northern District of West Virginia based on a petition for violations of pretrial release. The defendant is charged in that district with violating 21 USC Sections

846 and – Conspiracy to Distribute Controlled Substances, Aiding and Abetting, Possession with Intent to Distribute Methamphetamine and Fentanyl.

2.  Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Dawn N. Ison
United States Attorney

_s/ Myra Din_
MYRA DIN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: November 21, 2023